**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

**GREGORY J. MELISSINOS**
**ELAINE MELISSINOS,** **Case No. 6:09-bk-01218-KSJ**

**Debtors.** **Chapter 13**

## INDIVIDUAL DEBTORS' CHAPTER 13 PLAN

The proposed disposable income of the debtor is submitted to the supervision and control of the Trustee, and the debtor shall pay to the Trustee **the sum of $1,822.34 for month No. 1 to month No. 24, the sum of $4,866.18 for month No. 25 to month No. 60.** From the payments received, the Trustee shall make disbursements as follows:

**PRIORITY:** The Trustee percentage fee as set by the United States Trustee, and

| Name of Creditor | Claim Amount | Payment Amount & Numbers |
|---|---|---|
| None | $0.00 | $ 0.00/1-60 |

**SECURED:**

| Name of Creditor | Claim Amount | Payment Amount & Numbers |
|---|---|---|
| Litton Loan (First) (1100 Ashbee Lane) | $840,921.20 | $1,401.67/1-60 *Please see Plan Provision 1 below. |
| SunTrust Bank (Second) (1100 Ashbee Lane) | $ 51,465.00 | *Please see Plan Provision 2 below. |
| SunTrust Bank (First) (239 Longview) | $272,000.00 | Debtors are surrendering the property |
| SunTrust Bank (Second) (239 Longview) | $ 68,000.00 | Debtors are surrendering the property |
| Artisan Park Service Area (Ashbee HOA) | $ 2,050.00 @ 12% | $15.00/1-24; $66.00/25-60 |
| Celebration Residential (Ashbee HOA) | $ 1,980.96 @ 12% | $15.00/1-24; $63.45/25-60 |
| Celebration Residential (Longview HOA) | Unknown | Debtors are surrendering the property |
| Osceola Cty Tax Coll. | $ 6,830.49 @ 18% | $75.00/1-24; $239.09/25-60 |

| | | |
|---|---|---|
| 2007 (Ashbee) | | |
| Osceola Cty Tax Coll. 2008 (Ashbee) | $ 6,509.57 @ 18% | $75.00/1-24; $225.50/25-60 |
| Osceola Cty Tax Coll. 2008 (Longview) | $ 4,246.46 | Debtors are surrendering the property |

**CREDITORS LIENS TO BE AVOIDED:** **NONE.**

**NON-DISCHARGEABLE CREDITORS:** **NONE.**

**UNSECURED CREDITORS:** Unsecured creditors whose claims have been filed and allowed shall receive a pro-rata share of all money available after payment of the above-stated claims as proposed above, as determined at the Section 341 meeting, modified at the Confirmation Hearing, or as set forth by Court order. Approximate Percentage: **100%**

**OTHER PROVISIONS:**

1. The Debtors are parties of a Settlement Agreement entered into with Celebration Office Condos, LLC, Andrew LaRosa and Deana Melissinos on Mary 24, 2007. The Debtors are to receive funds in the approximate amount of $720,833.34. In addition, the Debtors are the owners of twenty (20%) percent of the project and anticipate receiving proceeds in excess of $500,000.00 from the sale of the condouminium units. (See attached Settlement Agreement, Paragraph 3, Pages 2 and 3 and Paragraphs 6 and 7, Pages 3 and 4) Upon receipt of the payment under the Settlement Agreement, the Debtors plan to use apply these funds to the payment of the first mortgage of Litton Loan on their homestead. Pending payment of this Settlement Agreement, the Debtors are proposing a monthly interest payment to the mortgage in the amount of two (2%) percent.

2. The Debtors are simultaneously filing a Motion to Value the Collateral and strip the second mortgage of SunTrust Bank.

3. Secured Creditors shall retain a lien securing their collateral until completion of payment of their allowed claim.

4. All creditors must file their claims by the claims bar date. Any claim filed after that date will not receive a distribution under this Plan.

5. All timely payments made to the Trustee shall be deemed timely payments to each creditor listed above.

6. Any secured creditor whose claims are satisfied before discharge shall provide the Debtors with a written satisfaction of the debt, and if title is being held by the lienor it shall be delivered to the Debtors upon payment of the claim listed herein.

7. All property surrendered herein shall be in full satisfaction of the claims encumbering said property.

8. By failing to object to this Plan, or any modification thereof, all creditors holding claims agree not to make any effort to collect their claims from any co-signor that exists, so long as this case remains pending.

9. At the discretion of the Trustee, and subject to approval by the Court, any claims less than $200.00 may be paid in accordance with the Plan at any time during the case.

10. The Court may from time to time, during the period of extension, increase or reduce the amount of the installment payments provided by the Plan, where it shall be made to appear after hearing upon such notice as the Court may designate that the circumstances of the Debtors so warrant or so require.

11. Debts listed in the Chapter 13 Petition shall be discharged under Section 1328 of the Bankruptcy Code, 11 U.S.C. 1328.

Date: March 3, 2009 Signature ______________________
GREGORY J. MELISSINOS, Debtor

Date: March 3, 2009 Signature ______________________
ELAINE MELISSINOS, Debtor

______________________

Brian M. Mark, Esquire
Florida Bar No. 134207
BRIAN MICHAEL MARK, P.A.
104 N. Church Street
Kissimmee, FL 34741
Telephone: (407) 932-3933
Telecopier: (407) 932-3965

ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Chapter 13 Plan has been provided by United States mail on this 3rd day of March, 2009 to the Chapter 13 Trustee and all creditors listed in the attached matrix.

BRIAN MICHAEL MARK, ESQUIRE

**SETTLEMENT AGREEMENT**

**THIS SETTLEMENT AGREEMENT** is entered into this 24th day of May, 2007, by and between, Celebration Office Condos, LLC, a Florida limited liability company, Andrew LaRosa, and Deana Melissinos, jointly and severally (hereinafter collectively referred to as "Developer") and Gregory Melissinos, Sr. and Elaine Melissinos (hereinafter collectively referred to as "Melissinos, Sr.), Gregory Melissinos, Jr. and Melissa Melissinos (hereinafter collectively referred to as "Melissinos, Jr.) and Christopher Melissinos.

**RECITALS**

**WHEREAS,** Melissinos, Sr. have invested the sum of FOUR HUNDRED THOUSAND DOLLARS AND NO CENTS ($400,000.00) in a condominium office development commonly referred to as Celebration Office Condos, with offices located at 800 Celebration Avenue, Suite 223, Celebration, Florida 34747 (hereinafter "the Project"); and

**WHEREAS,** Melissinos, Jr. have invested the sum of ONE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00) in the Project; and

**WHEREAS,** Christopher Melissinos previously held a Twenty Percent (20%) in the issued membership certificates of Celebration Office Condos, LLC ("the Company"); and

WHEREAS, Christopher Melissinos, prior to the execution of this agreement, assigned his interest in the Company to Melissinos Sr. subject to all rights and liabilities of Christopher Melissinos (hereinafter "Assigned Interest"); and

**WHEREAS,** the Developer wishes to memorialize the Agreements between Developer, Melissinos, Sr., Melissinos, Jr. and Christopher Melissinos, as to each of

their respective interests in the Project; and

**WHEREAS,** Melissinos, Sr. has agreed, subject to the terms and conditions of this Agreement, to accept a reduction of the fixed return originally agreed upon; and

**WHEREAS,** Melissinos, Jr., by this agreement, intends to memorialize the fixed amount of their return, and the terms of their investment in the Project; and

**WHEREAS,** Melissinos, Sr., subject to the terms and condition of this Agreement, has agreed to receive a sum certain in exchange for the Assigned Interest ;

**NOW THEREFORE,** in consideration of the representations, warranties and agreements contained herein, the parties hereto do mutually covenant and agree as follows:

1. Developer acknowledges and agrees that they have received the total sum of FOUR HUNDRED THOUSAND DOLLARS AND NO CENTS ($400,000.00) from Melissinos, Sr. as an investment in the Project ("Sr. Principal Amount").

2. Developer acknowledges and agrees that Melissinos, Sr. was originally to receive a guaranteed return of EIGHT HUNDRED THOUSAND DOLLARS AND NO CENTS ($800,000.00) from the Project.

3. Melissinos, Sr. has agreed to a reduction of their return to a total of SEVEN HUNDRED THOUSAND DOLLARS AND NO CENTS ($700,000.00) (the "Guarantee of Repayment") from EIGHT HUNDRED THOUSAND DOLLARS AND NO CENTS ($800,000.00), subject to receiving from Developer, within five (5) business days from the execution of this Agreement, the sum of ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00), and further receiving within twelve (12)

months from the date of the execution of this Agreement, an additional sum of ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00) and FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00) upon completion of the project , repayment of bank construction loan then from the proceeds of the sale of the remaining units as described in Paragraph 9 below , for a total of payments SEVEN HUNDRED THOUSAND DOLLARS AND NO CENTS ($700,000.00). The parties agree that in the event that the full settlement amount is not paid in full by January 27, 2008, the Sr. Principal Amount shall accrue interest commencing January 27,2008 at the rate of twenty-five percent (25%) per annum until fully paid.

4. Developer acknowledges and agrees that they have received the total sum of ONE HUNDRED, FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00) from Melissinos, Jr. as an investment in the Project ("Jr. Principal Amount").

5. Developer acknowledges and agrees that Melissinos, Jr. is to receive a guaranteed return of THREE HUNDRED THOUSAND DOLLARS AND NO CENTS ($300,000.00) from the Project. The parties agree that in the event that the full settlement amount is not paid in full by January 27, 2008, Jr. The Principal Amount shall accrue interest commencing January 27, 2008 at the rate of twenty-five percent (25%) per annum until fully paid.

6. Developer acknowledges that Christopher Melissinos previously held, and has assigned to Melissinos, Sr., an ownership interest equal to Twenty Percent (20%) of the membership certificates in the Company (the "Assigned Interest" referred to above); and that the Company is the owner of the Project.

7. Developer agrees to pay Melissinos, Sr., as assignee, the sum of FIVE

HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($550,000.00) ("Fixed Return") in exchange for his interest in the Company. Said amount may be paid in full at any time, but until payment is made, Developer agrees to make monthly payments to Melissinos, Sr. commencing on June 1 2007, in the amount of Six Thousand Five hundred and no/100 Dollars ($6,500). The foregoing payments shall be treated as draw against the Fixed Return. The parties agree that all such payments shall be credited against and deducted from the amount due. Christopher Melissinos, Melissinos, Sr. and Melissinos, Jr. agree that each of the (3) La Rosa and Deana Melissinos as members, (collectively the "Working Members"), shall be entitled to reasonable salaries for work performed as determined by the managing members of the Company , from time to time, for the duration of the project , but not as an offset to, and in no way limiting , their prospective return.

8. Developer further agrees that, other than the payments to, Melissinos, Sr., as Assignee, and salaries to the Working Members contemplated herein, there shall be no distribution of the assets, revenues or profits of the Company to other members until such time as Melissinos, Sr. and Melissinos, Jr. have each received the full amounts to be paid to them pursuant to this Agreement.

9. Developer further agrees that notwithstanding the foregoing, all amounts due and payable to Melissinos, Sr. and Melissinos, Jr. shall be paid in full prior to distribution of any profits (other than scheduled draws and salaries as set forth in paragraph 7 herein above) to the members and no later than the time funds become available after the repayment of the construction loan following the sale of ~~seventy-five~~ eighty percent ~~(75%)~~ 80% the units being developed in the Project have been sold and closed . Melissinos Sr. shall be paid the Fixed Return for the Assigned

Interest less any draws advanced under paragraph 7 hereof and no later than the time funds become available after the repayment of the construction loan and all amounts due and payable to Melissinos, Sr. and Melissinos, Jr. shall have been paid in full following the sale of ~~seventy-five~~ eighty percent (~~75%~~ 80%) the units being developed in the Project have been sold and closed.

In order to further indemnify and protect the Company from the liability of legal fees in the event of a claim from a third party against the Assigned Interest, the parties agree that from the final payment of the Assigned Interest, the Company shall be entitled to retain, in escrow with the Company's legal counsel, Leo Brito, for a period of one (1) year, the sum of Fifteen Thousand Dollars ($15,000.00). If no claim is made within said one (1) years period, said money shall be disbursed to Melissinos, Sr.

10. Upon execution hereof, Melissinos Sr. shall upon request, provided endorsed membership certificates and surrender their assigned membership interests to the Company.

11. Each of Gregory Melissinos, Sr. and Elaine Melissinos, Gregory Melissinos, Jr., Melissa Melissinos and Christopher Melissinos agree to, jointly and severally, hold harmless and indemnify Celebration Office Condos, LLC, Andrew LaRosa, Joseph Larosa , Michael LaRosa and Deana Melissinos from any claims, including attorneys fees and costs that may arise from any actions taken by any of them in connection with the Project or in contravention of the covenants set forth herein, including but not limited to any third party claims made against the Assigned Interest. Similarly, each of Celebration Office Condos, LLC, Andrew LaRosa, Joseph Larosa , Michael LaRosa and Deana Melissinos jointly and severally,

agree to, hold harmless and indemnify Gregory Melissinos, Sr. and Elaine Melissinos, Gregory Melissinos, Jr., Melissa Melissinos and Christopher Melissinos from any claims, including attorneys fees and costs that may arise from any actions taken by any of them in connection with the Project or in contravention of the covenants set forth herein , provided however that recourse for the Guarantee of Repayment shall be limited to the Company, Andrew LaRosa and Deana Melissinos.

12. Upon execution hereof, Christopher Melissinos shall deliver a fully executed release and cancellation of contract to purchase that certain Unit # 313 of the Celebration Office Condominium, for which he has not placed a deposit, and surrender any interest therein to the Company.

13. Any notice required or permitted to be given under this Agreement shall be sufficient if in writing and sent by Certified Mail to a party as follows:

CELEBRATION OFFICE CONDOS, LLC
800 Celebration Avenue, Suite 223, Celebration, FL 34747

ANDREW LaROSA, JOSEPH LaROSA and MICHAEL LaROSA
801 Oak Shadows Rd., Celebration, FL 34747

DEANA MELISSINOS
1502 Hubbard Court, Celebration, FL 34747

GREGORY MELISSINOS and ELAINE MELISSINOS
1100 Ashbee Lane, Celebration, FL 34747

GREGORY MELISSINOS, JR. and MELLISA MELISSINOS
37 Adam Rd. West, Massapequ8a, N.Y. 11758

CHRISTOPHER MELISSINOS
1104 Ashbee Lane, Celebration, FL 34747

BRIAN M. MARK
104 N. Church Street, Kissimmee, FL 3474

END OF PAGE

14. Each of the parties hereto understands and agrees that they have incorporated into this Agreement their full, complete and entire understanding and agreement; that this Agreement constitutes the entire contract of the parties and supersedes any and all prior understandings between them on the subjects covered in this Agreement; and that no statements, conversations, agreements, understandings, representations or other matters of whatsoever character which have heretofore occurred or transpired between them, except as herein expressly set forth, shall have any force or effect. Each of the parties waives any claims it may have against the others for communications occurring prior to the date hereof, written or oral, regarding any securities violations, usury or similar actions. Furthermore, the terms hereof shall be kept confidential as among the parties. Brian Mark as counsel agrees not to seek the representation of, by him or his firm, or otherwise consult with, any other individuals (or their respective counsels) which provided funding to the Developer .

15. This Agreement including any disputes hereunder, and the interpretation, validity and/or enforcement of any provision thereof, shall be governed by the laws of the State of Florida. Any action shall be brought only in a court of competent jurisdiction in and for Osceola County, Florida, and the parties agree to waive any claim relating to forum non convenience. The parties further agree and hereby waive and release any right to a trial by jury in any action arising out the interpretation, enforcement or breach of this Agreement or any arbitration provision.

16. Should it become necessary for any party to institute legal action to enforce the terms and conditions of this Agreement, the prevailing party shall be

awarded reasonable attorney's fees, which shall include reasonable attorney's fees of any appellate proceedings, expenses (including any accounting expenses) and costs.

17. The parties agree that time is of the essence in the performance of this Agreement.

18. This agreement may be executed in any number of counterparts, each of which shall be deemed an original.

19. This agreement shall be binding upon execution by all parties; and facsimile or other electronic signature copies of this agreement shall be deemed originals.

**IN WITNESS WHEREOF,** the parties to this Agreement have hereto set their hands and seals as of the date first above written.

CELEBRATION OFFICE CONDOS, LLC.

By: [signature]

Title: Managing Member

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared ______________ of Celebration Office Condos, LLC, known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided personally known to me) to me and acknowledged before me that he/she/they executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 30 day of May, 2007.

[signature]
NOTARY PUBLIC-State of Florida

Ylla Palenque
Printed name of Notary

My Commission Expires: 1/28/2011

By: ______________________
ANDREW LaROSA

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, ANDREW LaROSA, known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided Known to me) to me and acknowledged before me that he executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 30 day of May, 2007.

YLLA PALENQUE
Comm# DD0633563
Expires 1/28/2011
Florida Notary Assn., Inc

______________________
NOTARY PUBLIC - State of Florida

Ylla Palenque
(Printed name of Notary)

My Commission Expires: 1/28/2011

By: ______________________
DEANA MELISSINOS

STATE OF FLORIDA )
) §
COUNTY OF ~~OSCEOLA~~ M. Dade )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, DEANA MELISSINOS, known to me to be the person(s) described in the foregoing Settlement Agreement, ~~or who showed proper identification (identification provided~~ personally known) to me and acknowledged before me that she executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 29th day of May, 2007.

______________________
NOTARY PUBLIC - State of Florida

______________________
(Printed name of Notary)

My Commission Expires:

Notary Public State of Florida
Leonardo F Brito
My Commission DD456997
Expires 08/03/2009

By: ______________________
Joseph LaROSA

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, Joseph LaROSA, known to me to be the person(s) described in the foregoing Settlement Agreement, or ~~who showed proper identification (identification provided~~ Personally Known ) to me and acknowledged before me that he executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 29th day of May, 2007.

______________________
NOTARY PUBLIC - State of Florida

______________________
(Printed name of Notary)

My Commission Expires:

Notary Public State of Florida
Leonardo F. [illegible]
My Commission DD456997
Expires 08/02/2009

By: ______________________
Michael LaROSA

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, Michael LaROSA, known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided Known to me ) to me and acknowledged before me that he executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 30 day of May, 2007.

______________________
NOTARY PUBLIC - State of Florida

Ylla Palenque
(Printed name of Notary)

My Commission Expires: 1/28/2011

YLLA PALENQUE
Comm# DD0633568
Expires 1/28/2011
Florida Notary Assn., Inc

[*]

By: [signature]
GREGORY MELISSINOS, SR.

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

**BEFORE ME,** the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, GREGORY MELISSINOS, SR. known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided: Florida Drivers' License) to me and acknowledged before me that he executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 24th day of May, 2007.

GILDA S. NAZARIO
NOTARY PUBLIC, STATE OF FLORIDA
MY COMMISSION #CC 278587
EXPIRES: November 25, 2008
Bonded Thru Florida Notary Service & Bonding

[signature]
NOTARY PUBLIC - State of Florida

Gilda S. Nazario
(Printed name of Notary)

My Commission Expires:

By:____________________
ELAINE MELISSINOS

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, ELAINE MELISSINOS, known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided: Florida Drivers' License) to me and acknowledged before me that she executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this ____ day of ________________, 2007.

____________________
NOTARY PUBLIC - State of Florida

____________________
(Printed name of Notary)

My Commission Expires:

By:______________________________
GREGORY MELISSINOS, SR.

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

**BEFORE ME,** the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, GREGORY MELISSINOS, SR. known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided: Florida Drivers' License) to me and acknowledged before me that he executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this ___ day of May, 2007.

NOTARY PUBLIC - State of Florida
Giovanna Aquilino
(Printed name of Notary)

My Commission Expires:

GIOVANNA AQUILINO
Notary Public, State of New York
01AQ6009978
Qualified in Queens County
My Commission Expires July 6, 2010

By: Elaine Melissinos
ELAINE MELISSINOS

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, ELAINE MELISSINOS, known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided: Florida Drivers' License) to me and acknowledged before me that she executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 25 day of May, 2007.

NOTARY PUBLIC - State of Florida New York
Giovanna Aquilino
(Printed name of Notary)

My Commission Expires: July 6, 2010.

GIOVANNA AQUILINO
Notary Public, State of New York
01AQ6009978
Qualified in Queens County
My Commission Expires July 6, 2010

By: ______________________
GREGORY MELISSINOS, JR.

STATE OF New York )
) §
COUNTY OF Queens )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, GREGORY MELISSINOS, JR. known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided Gregory Melissinos, Jr) to me and acknowledged before me that he executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 25 day of May, 2007.

______________________
NOTARY PUBLIC - ~~State of Florida~~ New York
Giovanna Aquilino
(Printed name of Notary)

My Commission Expires: 2010 July 6

GIOVANNA AQUILINO
Notary Public, State of New York
01AQ6009875
Qualified in Queens County
My Commission Expires July 6, 2010

By: ______________________
MELISSA MELISSINOS

STATE OF New York
) §
COUNTY OF Queens )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, MELISSA MELISSINOS, known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided Melissa Melissinos) to me and acknowledged before me that she executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 25 day of May, 2007.

______________________
NOTARY PUBLIC - ~~State of Florida~~ New York.
Giovanna Aquilino
(Printed name of Notary)

My Commission Expires: July 6, 2010

GIOVANNA AQUILINO
Notary Public, State of New York
01AQ6009875
Qualified in Queens County
My Commission Expires July 6, 2010

By: ______________________
CHRISTOPHER MELISSINOS

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, CHRISTOPHER MELISSINOS, known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided: Florida Drivers License) to me and acknowledged before me that he executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 24th day of May, 2007.

NOTARY PUBLIC - State of Florida

Gilda S. Nazario
(Printed name of Notary)

My Commission Expires:

GILDA S. NAZARIO
NOTARY PUBLIC, STATE OF FLORIDA
MY COMMISSION #CC 278587
EXPIRES: November 25, 2008
Bonded Thru Florida Notary Service & Bonding

By: ______________________
BRIAN M. MARK

STATE OF FLORIDA )
) §
COUNTY OF OSCEOLA )

BEFORE ME, the undersigned authority, an officer duly authorized to administer oaths and take acknowledgments, personally appeared, Brian M. Mark , known to me to be the person(s) described in the foregoing Settlement Agreement, or who showed proper identification (identification provided: Florida Drivers' License) to me and acknowledged before me that she executed the above Settlement Agreement freely and voluntarily and for the uses and purposes set forth herein.

WITNESS my hand and official seal in the County and State last aforesaid this 24th day of May, 2007.

NOTARY PUBLIC - State of Florida

Gilda S. Nazario
(Printed name of Notary)

My Commission Expires:

GILDA S. NAZARIO
NOTARY PUBLIC, STATE OF FLORIDA
MY COMMISSION #CC 278587
EXPIRES: November 25, 2008
Bonded Thru Florida Notary Service & Bonding

Label Matrix for local noticing
113A-6
Case 6:09-bk-01218-KSJ
Middle District of Florida
Orlando
Tue Mar 3 14:14:37 EST 2009

Artisan Park Service Area
851 Celebration Avenue
Celebration, FL 34747-4998

Bank Of America
4060 Ogletown/Stan
Newark, DE 19713

Capital One
Post Office Box 30281
Salt Lake City, UT 84130-0281

Celebration Res Owners -
Artisan Park
% Capital Consultants Mgmt C
Post Office Box 105515
Atlanta, GA 30348-5515

Celebration Residential
Owners Association
851 Celebration Avenue
Celebration, FL 34747-4998

Celebration Residential Asso
% Capital Consultants Mgmt C
Post Office Box 105515
Atlanta, GA 30348-5515

Centracare
%PCS
Post Office Box 538092
Orlando, FL 32853-8092

Chase Na
800 Brooksedge Blv
Westerville, OH 43081-2822

Christopher Melissinos
1100 Ashbee Lane
Celebration, FL 34747-4022

Drew Medical
9582 West Colonial Drive
Ocoee, FL 34761-6992

Dsnb Macys
3039 Cornwallis Rd
Durham, NC 27709

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Emergency P
%Goldkey Credit
Post Office Box 15670
Brooksville, FL 34604-0122

HSBC Bank USA
c/o Douglas C. Zahm, P.A.
18820 U.S. Highway 19 North
Suite 212
Clearwater, FL 33764-3121

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Keith Ahronheim
2917 Montgomery Street
Wantagh, NY 11793-2313

Litton Loan Servicing, L.P.
McCalla, Raymer, et al.
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Brian Michael Mark
Brian Michael Mark PA
104 North Church Street
Kissimmee, FL 34741-5055

Elaine Melissinos
1100 Ashbee Lane
Celebration, FL 34747-4022

Gregory J Melissinos
1100 Ashbee Lane
Celebration, FL 34747-4022

Oates Energy, Inc.
415 Pablo Avenue, Suite 100
Jacksonville Beach, FL 32250-5530

Osceola County Tax Collector
Attn: Patsy Heffner
Post Office Box 422105
Kissimmee FL 34742-2105

Popular Mortgage
400 Lippincott Dri
Marlton, NJ 08053-4161

Providian
4940 Johnson Dr
Pleasanton, CA 94588-3308

Suntrust Bank
%NCO Fin/99
Post Office Box 41466
Philadelphia, PA 19101

Suntrust Mortgage
%Echevarria, Codilis &
Stawiarski 91
9119 Corporate Lake Dr, 3 Fl
Tampa, FL 33634-2362

Suntrust Mortgage
P.O. Box 100100
Atlanta, GA 30348-0100

Suntrust Mtg
P.O. Box 100100
Atlanta, GA 30348-0100

Vzw Ne
National Recovery D
Folsom, CA 95630

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Wells Fargo Financial Cards
3201 North 4th Ave
Sioux Falls, SD 57104-0700

Yvonne Rosetti
1134 Wilde Drive
Celebration, FL 34747-4046

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Post Office Box 21126
Philadelphia PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

(u)Susan Anne Parsons
The Old Alms House
Chruch Street WROXTON
Banbury Oxforshire OX156-OE

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 32 |
| Bypassed recipients | 2 |
| Total | 34 |